JAMES R. FROCCARO, JR.
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

November 20, 2014

BY ECF
Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. Robert Petrosyants
11 Cr 591 (FB)

Dear Judge Block:

By this letter, I am respectfully requesting that Your Honor issue an Amended Judgment in Mr. Petrosyants' criminal case. I am asking that the present Judgment be amended to include a recommendation to the Bureau of Prisons from Your Honor that Mr. Petrosyants be designated to serve his sentence in Fort Dix, New Jersey. The reason for this request is that the Fort Dix facilities are in close proximity to where Mr. Petrosyants' wife and three young children reside.

The government has no objection to this request.

1

I apologize for not making this request earlier.

Respectfully yours,

/JRF/

James R. Froccaro, Jr.

JRF:pa